# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain, Room #319
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

September 17, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas  72701

RE:    **KISH, John**
        **Case #5:00CR50031-001**
        **<u>VIOLATION REPORT</u>**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case.  On October 30, 2000, John Kish was sentenced by Your Honor, for manufacture of marijuana and possession of marijuana with intent to deliver, to five years imprisonment on each count, terms to run concurrently,  followed by a four-year term of supervised release on each count, terms to run concurrently, $5,000 fine, and $200 special assessment.  The term of supervision commenced on October 20, 2004.

Mr. Kish has responded to all directives by this office.  He has paid $50 each month of his supervision as directed and, as of this date, Mr. Kish owes $2,525 toward the fine balance with the special assessment fee paid in full.  Mr. Kish appears to have paid to the best of his ability but will not have the fine paid in full by the end of supervision. He is currently employed as a groundskeeper for Spider Creek Resort in Eureka Springs, Arkansas, earning an average between $1,100 and $1,500 monthly, weather permitting.  Current monthly expenses are reported as approximately $1,110 and include, rent, utilities, child support, vehicle, groceries, and other miscellaneous expenses. This case is due to expire October 19, 2008.  It is anticipated the U.S. Attorney's Office will pursue collection on this financial obligation after the expiration of the defendant's term of supervision.  Accordingly, it is respectfully recommended that John Kish's case be allowed to expire as scheduled without court intervention and with the U.S. Attorney's Office to continue collection of the remaining fine balance after October 19, 2008.

I will continue to monitor Mr. Kish's case at Your Honor's direction.  Should Your Honor require further information, please advise.

Page 2 - Violation Report
    KISH, John
    Dkt. #5:00CR50031-001


Sincerely,


Michael K. Scott
U.S. Probation Officer


Reviewed by:

William E. Dunn, Jr.
Supervising U. S. Probation Officer


   ✓     Allow Supervision Term to Expire

_____   Submit Petition for Violation Hearing

_____   Other   _____
          _____
          _____
          _____


Honorable Jimm Larry Hendren          9/18/08
Chief U.S. District Judge              Date


U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 1 8 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK